

Molly C. Dwyer
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

**FILED**

NOV 22 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## DOCKETING NOTICE

Docket Number:  22-1910
Agency Number(s):  A037-050-176
Case Title:  Bent v. Garland

Dear Petitioner(s)

Your Petition for Review has been opened in the United States Court of Appeals for the Ninth Circuit and the docket number shown above has been assigned to this case. You must indicate this docket number in every communication and filing you submit to the court about this case.

You are the petitioner(s) in this court because you filed the petition for review. You must file an opening brief, and you may file a reply brief after the government files their answering brief. The brief due dates are listed in the attached Briefing Schedule. These dates can be extended only by court order.

**Petitioners who are filing pro se should refer to the accompanying information sheet regarding the filing of informal briefs.**



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# BRIEFING SCHEDULE

Docket Number: 22-1910
Agency Number(s): A037-050-176
Case Title: Bent v. Garland

| | |
|---|---|
| Tuesday, December 27, 2022 | Certified Administrative Record due |
| Monday, February 27, 2023 | Immigration Petitioner Opening Brief due |
| Wednesday, April 26, 2023 | Immigration Respondent Answering Brief due |

Optional Reply Brief due 21 days after service of Answering Brief.

**If the opening brief is not filed by the deadline, the court may dismiss this case.**
*See* 9th Cir. R. 42-1.